IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COMPLETE BUSINESS SOLUTIONS GROUP, INC., | : : : : : : | CIVIL ACTION<br><br>No. 19-2777 |
| v. | | |
| HMC, INC., et al. | | |

## ORDER

AND NOW, this 2nd day of October, 2019, upon consideration of Defendants HMC Inc. and Kara DiPietro's Petition to Open the Confession of Judgment, Plaintiff Complete Business Solutions Group, Inc.'s opposition thereto, and the parties' presentations at the September 19, 2019, oral argument on the Petition, for the reasons set forth in the accompanying Memorandum, it is ORDERED the Petition (Document 1) is GRANTED insofar as the confession of judgment is stricken.

The Clerk of Court is directed to mark this case as CLOSED.

BY THE COURT:


 /s/ Juan R. Sánchez 
Juan R. Sánchez, C.J.